Christopher Locke (State Bar No. 101704)
Scott M. Sellwood (State Bar No. 198645)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
DESILVA-GATES CONSTRUCTION, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLSMONT HOMEOWNERS ASSOCIATION,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF OAKLAND and DESILVA-GATES CONSTRUCTION, L.P.,<br><br>            Defendants. | Case No.  C 06 03955 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>[Federal Rule of Civil Procedure 6(b); Civil Local Rule 6-1(b)] |

WHEREAS, defendants the City of Oakland ("City) and DeSilva-Gates Construction, L.P. ("DeSilva") were served with plaintiff's Complaint and the accompanying Summons and Order Setting Initial Case Management Conference on or about July 3 and 10, 2006, respectively, and

WHEREAS, the parties have engaged in settlement discussions and an informal exchange of information prior to and following service of the Complaint, and those settlement discussions and information exchanges are continuing; and

WHEREAS, the parties agree that an extension of thirty (30) days for the City and DeSilva to respond to the Complaint will facilitate ongoing settlement discussions;

THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree that there is good cause for a thirty (30) day extension of time, to and including August 23, 2006, for the City and DeSilva to respond to the Complaint.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT No. C 06 03955 MMC

20891\999197.1

1  SO STIPULATED:

2  DATED: July __, 2006                    FARELLA BRAUN & MARTEL LLP

4                                          By: /s/
                                              Christopher Locke

6                                          Attorneys for Defendant
                                           DESILVA-GATES CONSTRUCTION, L.P.

7  DATED: July __, 2006                    OAKLAND CITY ATTORNEY

9                                          By: /s/
10                                             Heather Lee

11                                         Attorneys for Defendant
                                           CITY OF OAKLAND

12 DATED: July __, 2006                    NATURAL HERITAGE INSTITUTE
13

15                                         By: /s/
                                              Richard Roos Collins

16                                         Attorneys for Plaintiff
17                                         MILLSMONT HOMEOWNERS ASSOCIATION

18     Upon stipulation of the parties and good cause appearing,

19     IT IS HEREBY ORDERED that the time for defendants the City of Oakland and DeSilva-

20 Gates Construction, L.P., to respond to plaintiff's Complaint is extended by thirty (30) days, to

21 and including August 23, 2006.

23 DATED: July 25, 2006                    _____
                                           MAXINE M. CHESNEY
24                                         United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO
COMPLAINT No. C 06 03955 MMC     - 2 -                           20891\999197.1