Christopher Locke (State Bar No. 101704)
Scott M. Sellwood (State Bar No. 198645)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
DESILVA-GATES CONSTRUCTION, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLSMONT HOMEOWNERS ASSOCIATION,<br><br>             Plaintiff,<br><br>      vs.<br><br>CITY OF OAKLAND and DESILVA-GATES CONSTRUCTION, L.P.,<br><br>             Defendants. | Case No.  C 06 03955 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE**<br><br>Date:         October 6, 2006<br>Time:        10:30 a.m.<br>Courtroom: 7, 19th Floor<br>Judge:       Hon. Maxine M. Chesney<br><br>[Federal Rules of Civil Procedure 26(a), (f); Civil Local Rules 7-12, 16-2(d)-(e)] |

   WHEREAS, defendants the City of Oakland ("City) and DeSilva-Gates Construction, L.P. ("DeSilva") were served with plaintiff's Complaint and the accompanying Summons and Order Setting Initial Case Management Conference on or about July 3 and 10, 2006, respectively, and

   WHEREAS, the parties have engaged in settlement discussions and an informal exchange of information prior to and following service of the Complaint, those settlement discussions and information exchanges are continuing, and substantial progress toward settlement has been achieved; and

   WHEREAS, the parties agree that an extension of thirty (30) days for the City and DeSilva to respond to the Complaint and a corresponding continuance of case management dates will facilitate these settlement efforts;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE
MANAGEMENT SCHEDULE No. C 06 03955 MMC

20891\1042562.1

1 THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree
2 that there is good cause for a thirty (30) day extension of time, for the City and DeSilva to
3 respond to the Complaint and a corresponding continuance of Case Management dates, as
4 follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | September 22, 2006 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | October 13, 2006 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | October 27, 2006 |
| Initial Case Management Conference | November 3, 2006 10:30 a.m. |

SO STIPULATED:

DATED: August __, 2006                    FARELLA BRAUN & MARTEL LLP


                                          By:_____/s/_____
                                                Christopher Locke

                                          Attorneys for Defendant
                                          DESILVA-GATES CONSTRUCTION, L.P.

DATED: August __, 2006                    OAKLAND CITY ATTORNEY


                                          By:_____/s/_____
                                                Heather Lee

                                          Attorneys for Defendant
                                          CITY OF OAKLAND

DATED: August __, 2006                    NATURAL HERITAGE INSTITUTE


                                          By:_____/s/_____
                                                Julie Gantenbein

                                          Attorneys for Plaintiff
                                          MILLSMONT HOMEOWNERS ASSOCIATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 2 -

20891\1042562.1

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the time for defendants the City of Oakland and DeSilva-Gates Construction, L.P., to respond to plaintiff's Complaint is extended, and the Case Management dates are continued, as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | September 22, 2006 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | October 13, 2006 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | October 27, 2006 |
| Initial Case Management Conference | November 3, 2006 10:30 a.m. |

DATED: August 23, 2006

_____
MAXINE M. CHESNEY
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 3 -

20891\1042562.1