1  Christopher Locke (State Bar No. 101704)
   Scott M. Sellwood (State Bar No. 198645)
2  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480

5

   Attorneys for Defendant
6  DESILVA-GATES CONSTRUCTION, L.P.

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | MILLSMONT HOMEOWNERS ASSOCIATION, | Case No.  C 06 03955 MMC |
|----|---|---|
| 12 | | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE** |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | CITY OF OAKLAND and DESILVA-GATES CONSTRUCTION, L.P., | Date:        November 3, 2006<br>Time:        10:30 a.m.<br>Courtroom: 7, 19th Floor |
| 16 | Defendants. | Judge:       Hon. Maxine M. Chesney |
| 17 | | [Federal Rules of Civil Procedure 26(a), (f); Civil Local Rules 7-12, 16-2(d)-(e)] |

18

19     WHEREAS, defendants the City of Oakland ("City) and DeSilva-Gates Construction, L.P.

20  ("DeSilva") were served with plaintiff's Complaint and the accompanying Summons and Order

21  Setting Initial Case Management Conference on or about July 3 and 10, 2006, respectively, and

22     WHEREAS, the parties have engaged in settlement discussions and an informal exchange

23  of information prior to and following service of the Complaint, those settlement discussions and

24  information exchanges are continuing, and substantial progress toward settlement has been

25  achieved; and

26     WHEREAS, the parties agree that a further extension of thirty (30) days for the City and

27  DeSilva to respond to the Complaint and a corresponding continuance of Case Management dates

28  will facilitate these settlement efforts;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE
MANAGEMENT SCHEDULE No. C 06 03955 MMC

20891\1056575.1

1  THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree

2  that there is good cause for a thirty (30) day extension of time, for the City and DeSilva to

3  respond to the Complaint and a corresponding continuance of Case Management dates, as

4  follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | October 23, 2006 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | November 10, 2006 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | November 22, 2006 |
| Initial Case Management Conference | December 1, 2006 10:30 a.m. |

SO STIPULATED:

DATED: September __, 2006            FARELLA BRAUN & MARTEL LLP


By:_____/s/_____
        Christopher Locke

Attorneys for Defendant
DESILVA-GATES CONSTRUCTION, L.P.

DATED: September __, 2006            OAKLAND CITY ATTORNEY


By:_____/s/_____
        William Simmons

Attorneys for Defendant
CITY OF OAKLAND

DATED: September __, 2006            NATURAL HERITAGE INSTITUTE


By:_____/s/_____
        Richard Roos-Collins

Attorneys for Plaintiff
MILLSMONT HOMEOWNERS ASSOCIATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 2 -

20891\1056575.1

1  Upon stipulation of the parties and good cause appearing,

2  IT IS HEREBY ORDERED that the time for defendants the City of Oakland and DeSilva-

3  Gates Construction, L.P., to respond to plaintiff's Complaint is extended, and the Case

4  Management dates are continued, as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | October 23, 2006 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | November 10, 2006 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | November 22, 2006 |
| Initial Case Management Conference | December 1, 2006 10:30 a.m. |

DATED: September 15, 2006

_____
MAXINE M. CHESNEY
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 3 -

20891\1056575.1