1  Christopher Locke (State Bar No. 101704)
   Scott M. Sellwood (State Bar No. 198645)
2  FARELLA BRAUN & MARTEL LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480

5

   Attorneys for Defendant
6  DESILVA GATES CONSTRUCTION, L.P.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | MILLSMONT HOMEOWNERS ASSOCIATION, | Case No.  C 06 03955 MMC |
|---|---|---|
| 12 | | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE** |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | CITY OF OAKLAND and DESILVA GATES CONSTRUCTION, L.P., | Date:  December 1, 2006<br>Time:  10:30 a.m.<br>Courtroom:  7, 19th Floor |
| 16 | Defendants. | Judge:  Hon. Maxine M. Chesney |
| 17 | | [Federal Rules of Civil Procedure 26(a), (f); Civil Local Rules 7-12, 16-2(d)-(e)] |

18

19     WHEREAS, defendants the City of Oakland ("City) and DeSilva Gates Construction, L.P.

20  ("DeSilva") were served with plaintiff's Complaint and the accompanying Summons and Order

21  Setting Initial Case Management Conference on or about July 3 and 10, 2006, respectively;

22     WHEREAS, the parties have engaged in settlement discussions and an informal exchange

23  of information prior to and following service of the Complaint, those settlement discussions and

24  information exchanges are continuing, and substantial progress toward settlement has been

25  achieved;

26     WHEREAS, the parties are diligently working toward completing negotiations and

27  documenting a settlement, and if successful, expect to submit a proposed Consent Decree to the

28  Court on or before December 29, 2006;

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE
MANAGEMENT SCHEDULE No. C 06 03955 MMC

20891\1094665.1

1   WHEREAS, the parties agree that a further extension of time, to and including January 5,
2   2007, the City and DeSilva to respond to the Complaint, subject to revocation upon twenty (20)
3   days' notice by any party, will facilitate these settlement efforts, avoid potentially unnecessary
4   time and expense, promote judicial economy and serve the public interest; and

5   WHEREAS, the parties further agree that a corresponding continuance of Case
6   Management dates will facilitate these settlement efforts, avoid potentially unnecessary time and
7   expense, promote judicial economy and serve the public interest.

8   THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree
9   that there is good cause for a further extension of time, to and including January 5, 2007, for the
10  City and DeSilva to respond to the Complaint, subject to revocation upon twenty (20) days'
11  notice by any party, and for a corresponding continuance of Case Management dates, as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | January 5, 2007 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | January 19, 2007 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | February 2, 2007 |
| Initial Case Management Conference | February 9, 2007 10:30 a.m. |

SO STIPULATED:

DATED: October __, 2006              FARELLA BRAUN & MARTEL LLP


                                     By:        /s/
                                          Christopher Locke

                                          Attorneys for Defendant
                                          DESILVA GATES CONSTRUCTION, L.P.

DATED: October __, 2006              OAKLAND CITY ATTORNEY


                                     By:        /s/
                                          William Simmons

                                          Attorneys for Defendant
                                          CITY OF OAKLAND

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 2 -

20891\1094665.1

DATED: October __, 2006							NATURAL HERITAGE INSTITUTE


							By:_____/s/_____
							       Richard Roos-Collins

							Attorneys for Plaintiff
							MILLSMONT HOMEOWNERS
							ASSOCIATION

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the time for defendants the City of Oakland and DeSilva-Gates Construction, L.P., to respond to plaintiff's Complaint is extended, subject to revocation upon twenty (20) days' notice by any party, and the Case Management dates are continued, as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | January 5, 2007 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | January 19, 2007 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | February 2, 2007 |
| Initial Case Management Conference | February 9, 2007 10:30 a.m. |

DATED: October 20, 2006			_____
						MAXINE M. CHESNEY
						United States District Judge

235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC     - 3 -     20891\1094665.1