1  Christopher Locke (State Bar No. 101704)
FARELLA BRAUN & MARTEL LLP
2  235 Montgomery Street, 17th Floor
San Francisco, CA  94104
3  Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
4

5  Attorneys for Defendant
DESILVA GATES CONSTRUCTION, L.P.
6

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  MILLSMONT HOMEOWNERS
ASSOCIATION,
12

13            Plaintiff,

14     vs.

15  CITY OF OAKLAND and DESILVA
GATES CONSTRUCTION, L.P.,
16

            Defendants.
17

18

Case No.  C 06 03955 MMC

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE**

Date:      February 9, 2007
Time:      10:30 a.m.
Courtroom: 7, 19th Floor
Judge:    Hon. Maxine M. Chesney

[Federal Rules of Civil Procedure 26(a), (f); Civil Local Rules 7-12, 16-2(d)-(e)]

19      WHEREAS, defendants the City of Oakland ("City") and DeSilva Gates Construction,

20  L.P. ("DeSilva") were served with plaintiff's Complaint and the accompanying Summons and

21  Order Setting Initial Case Management Conference on or about July 3 and 10, 2006, respectively;

22      WHEREAS, the parties have engaged in settlement discussions and an informal exchange

23  of information prior to and following service of the Complaint, those settlement discussions and

24  information exchanges are continuing, and substantial progress toward settlement has been

25  achieved;

26      WHEREAS, the parties are diligently working toward completing negotiations and

27  documenting a settlement, and if successful, expect to submit a proposed Consent Decree to the

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE
MANAGEMENT SCHEDULE No. C 06 03955 MMC

20891\1142821.1

1    Court on or before January 31, 2007;

2         WHEREAS, the parties agree that a further extension of time, to and including February

3    5, 2007, for the City and DeSilva to respond to the Complaint, subject to revocation upon twenty

4    (20) days' notice by any party, will facilitate these settlement efforts, avoid potentially

5    unnecessary time and expense, promote judicial economy and serve the public interest; and

6         WHEREAS, the parties further agree that a corresponding continuance of Case

7    Management dates will facilitate these settlement efforts, avoid potentially unnecessary time and

8    expense, promote judicial economy and serve the public interest.

9         THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree

10   that there is good cause for a further extension of time, to and including February 5, 2007, for the

11   City and DeSilva to respond to the Complaint, subject to revocation upon twenty (20) days'

12   notice by any party, and for a corresponding continuance of Case Management dates, as follows:

13   Last day for defendants to respond to Complaint                        February 5, 2007

14   Last day to meet and confer re initial disclosures, early settlement, ADR   February 19, 2007
     process selection and discovery plan
15

16   Last day to complete initial disclosures or state objection in Rule 26(f)   March 2, 2007
     Report, file Case Management Statement, and file Rule 26(f) Report

17   Initial Case Management Conference                                      March 9, 2007
                                                                            10:30 a.m.
18

19        SO STIPULATED:

20   DATED:  January __, 2007                        FARELLA BRAUN & MARTEL LLP

21

22                                                   By:____/s/_____
                                                        Christopher Locke
23
                                                     Attorneys for Defendant
24                                                   DESILVA GATES CONSTRUCTION,
                                                     L.P.
25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE           - 2 -                                    20891\1142821.1
MANAGEMENT SCHEDULE No. C 06 03955 MMC

1    DATED:  January __, 2007                    OAKLAND CITY ATTORNEY

2

3                                                By:____/s/_____
                                                    William Simmons
4                                                Attorneys for Defendant
5                                                CITY OF OAKLAND

6    DATED:  January __, 2007                    NATURAL HERITAGE INSTITUTE

7

8                                                By:____/s/_____
                                                    Richard Roos-Collins
9
                                                 Attorneys for Plaintiff
10                                               MILLSMONT HOMEOWNERS
                                                 ASSOCIATION
11         Upon stipulation of the parties and good cause appearing,

12         IT IS HEREBY ORDERED that the time for defendants the City of Oakland and DeSilva

13   Gates Construction, L.P., to respond to plaintiff's Complaint is extended, subject to revocation

14   upon twenty (20) days' notice by any party, and the Case Management dates are continued, as

15   follows:

16   Last day for defendants to respond to Complaint                          February 5, 2007

17   Last day to meet and confer re initial disclosures, early settlement, ADR   February 19, 2007
     process selection and discovery plan
18                                                                            March 9,
19   Last day to complete initial disclosures or state objection in Rule 26(f)   March 2, 2007
     Report, file Case Management Statement, and file Rule 26(f) Report
20                                                                            March 16,
     Initial Case Management Conference                                       March 9, 2007
21                                                                            10:30 a.m.

22

23   DATED:    January 4, 2007                   _____
                                                 MAXINE M. CHESNEY
24                                               United States District Judge
25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400          STIPULATION AND [PROPOSED] ORDER EXTENDING          - 3 -          20891\1142821.1
                        TIME TO RESPOND TO COMPLAINT AND CASE
                        MANAGEMENT SCHEDULE No. C 06 03955 MMC