1   Christopher Locke (State Bar No. 101704)
    FARELLA BRAUN & MARTEL LLP
2   235 Montgomery Street, 17th Floor
    San Francisco, CA  94104
3   Telephone:  (415) 954-4400
    Facsimile:  (415) 954-4480
4

5   Attorneys for Defendant
    DESILVA GATES CONSTRUCTION, L.P.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  MILLSMONT HOMEOWNERS              Case No.  C 06 03955 MMC
    ASSOCIATION,
12                                    STIPULATION AND [PROPOSED]
                   Plaintiff,         ORDER EXTENDING TIME TO
13                                    RESPOND TO COMPLAINT AND CASE
           vs.                        MANAGEMENT SCHEDULE
14
    CITY OF OAKLAND and DESILVA       Date:       March 16, 2007
15  GATES CONSTRUCTION, L.P.,         Time:       10:30 a.m.
                                      Courtroom: 7, 19th Floor
16                 Defendants.        Judge:      Hon. Maxine M. Chesney

17                                    [Federal Rules of Civil Procedure 26(a), (f);
                                      Civil Local Rules 7-12, 16-2(d)-(e)]
18

19         WHEREAS, defendants the City of Oakland ("City") and DeSilva Gates Construction,

20  L.P. ("DeSilva") were served with plaintiff's Complaint and the accompanying Summons and

21  Order Setting Initial Case Management Conference on or about July 3 and 10, 2006, respectively;

22         WHEREAS, the parties have engaged in settlement discussions and an informal exchange

23  of information prior to and following service of the Complaint, and those settlement discussions

24  have produced a tentative agreement on settlement terms;

25         WHEREAS, the parties are diligently working toward documenting the settlement and

26  expect to submit a proposed Consent Decree to the Court on or before February 28, 2007;

27         WHEREAS, the parties agree that a further extension of time, to and including

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE
MANAGEMENT SCHEDULE No. C 06 03955 MMC

20891\1168536.1

1   March 5, 2007, for the City and DeSilva to respond to the Complaint, will avoid potentially

2   unnecessary time and expense, promote judicial economy and serve the public interest while the

3   parties document the proposed settlement; and

4           WHEREAS, the parties further agree that a corresponding continuance of Case

5   Management dates will facilitate these settlement efforts, avoid potentially unnecessary time and

6   expense, promote judicial economy and serve the public interest.

7           THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree

8   that there is good cause for a further extension of time, to and including March 5, 2007, for the

9   City and DeSilva to respond to the Complaint, and for a corresponding continuance of Case

10  Management dates, as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | March 5, 2007 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | March 30, 2007 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | April 20, 2007 |
| Initial Case Management Conference | April 27, 2007 10:30 a.m. |

17          SO STIPULATED:

18  DATED:  February __, 2007                    FARELLA BRAUN & MARTEL LLP

19

20                                              By:_____/s/_____
                                                    Christopher Locke
21
                                                Attorneys for Defendant
22                                              DESILVA GATES CONSTRUCTION, L.P.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE         - 2 -
MANAGEMENT SCHEDULE No. C 06 03955 MMC

20891\1168536.1

1    DATED:  February __, 2007                    OAKLAND CITY ATTORNEY

2

3                                                 By:_____/s/_____
                                                        William Simmons
4                                                 Attorneys for Defendant
                                                  CITY OF OAKLAND
5

6    DATED:  February __, 2007                    NATURAL HERITAGE INSTITUTE

7

8                                                 By:_____/s/_____
                                                        Richard Roos-Collins
9                                                 Attorneys for Plaintiff
10                                                MILLSMONT HOMEOWNERS
                                                  ASSOCIATION

11           Upon stipulation of the parties and good cause appearing,

12           IT IS HEREBY ORDERED that the time for defendants the City of Oakland and DeSilva

13   Gates Construction, L.P., to respond to plaintiff's Complaint is extended, and the Case

14   Management dates are continued, as follows:

15   Last day for defendants to respond to Complaint                        March 5, 2007

16   Last day to meet and confer re initial disclosures, early settlement, ADR   March 30, 2007
     process selection and discovery plan
17

18   Last day to complete initial disclosures or state objection in Rule 26(f)   April 20, 2007
     Report, file Case Management Statement, and file Rule 26(f) Report

19   Initial Case Management Conference                                      April 27, 2007
                                                                            10:30 a.m.
20

21

22   DATED:  February 5, 2007                     _____
                                                  MAXINE M. CHESNEY
23                                                United States District Judge

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE           - 3 -                        20891\1168536.1
MANAGEMENT SCHEDULE No. C 06 03955 MMC