Christopher Locke (State Bar No. 101704)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
DESILVA GATES CONSTRUCTION, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLSMONT HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND and DESILVA GATES CONSTRUCTION, L.P.,<br><br>Defendants. | Case No. C 06 03955 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE**<br><br>Date: June 29, 2007<br>Time: 10:30 a.m.<br>Courtroom: 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney<br><br>[Federal Rules of Civil Procedure 26(a), (f); Civil Local Rules 7-12, 16-2(d)-(e)] |

WHEREAS, defendants the City of Oakland ("City") and DeSilva Gates Construction, L.P. ("DeSilva") were served with plaintiff's Complaint and the accompanying Summons and Order Setting Initial Case Management Conference on or about July 3 and 10, 2006, respectively;

WHEREAS, the parties have engaged in settlement discussions and an informal exchange of information prior to and following service of the Complaint, and those settlement discussions have produced an agreement on settlement terms and a draft Consent Decree documenting the proposed settlement;

WHEREAS, counsel and the parties are completing the process of review and approval of the proposed Consent Decree; however, because City Council review and approval will be

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC

20891\1233831.1

1  required on behalf of the City of Oakland, because of scheduling issues, and because of the
2  number of homeowners who will be signatories, final approval and execution will require an
3  additional 30-60 days; therefore, the Parties expect to submit a proposed Consent Decree to the
4  Court on or before June 29, 2007;
5       WHEREAS, the parties agree that a corresponding extension of time, to and including
6  July 13, 2007, for the City and DeSilva to respond to the Complaint, will avoid potentially
7  unnecessary time and expense, promote judicial economy and serve the public interest while the
8  parties document the proposed settlement; and
9       WHEREAS, the parties further agree that a corresponding continuance of Case
10 Management dates will facilitate these settlement efforts, avoid potentially unnecessary time and
11 expense, promote judicial economy and serve the public interest.
12      THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree
13 that there is good cause for a further extension of time, to and including July 13, 2007, for the
14 City and DeSilva to respond to the Complaint, and for a corresponding continuance of Case
15 Management dates (subject to being vacated upon the lodging of the proposed Consent Decree),
16 as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | July 13, 2007 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | August 10, 2007 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | August 24, 2007 |
| Initial Case Management Conference | August 31, 2007 10:30 a.m. |

23      SO STIPULATED:

24 DATED: April __, 2007                    FARELLA BRAUN & MARTEL LLP

26                                By:_____/s/_____
                                       Christopher Locke

                               Attorneys for Defendant
                               DESILVA GATES CONSTRUCTION, L.P.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC   - 2 -   20891\1233831.1

DATED: April __, 2007                          OAKLAND CITY ATTORNEY

                                               By: /s/
                                                   William Simmons
                                                   Attorneys for Defendant
                                                   CITY OF OAKLAND

DATED: April __, 2007                          NATURAL HERITAGE INSTITUTE

                                               By: /s/
                                                   Richard Roos-Collins
                                                   Attorneys for Plaintiff
                                                   MILLSMONT HOMEOWNERS
                                                   ASSOCIATION

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the time for defendants the City of Oakland and DeSilva Gates Construction, L.P., to respond to plaintiff's Complaint is extended, and the Case Management dates are continued, subject to being vacated upon the lodging of the proposed Consent Decree, as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | July 13, 2007 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | August 10, 2007 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | August 24, 2007 |
| Initial Case Management Conference | August 31, 2007 10:30 a.m. |

DATED: May 2, 2007                             _____
                                               MAXINE M. CHESNEY
                                               United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 3 -

20891\1233831.1