Christopher Locke (State Bar No. 101704)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
DESILVA GATES CONSTRUCTION, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLSMONT HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND and DESILVA GATES CONSTRUCTION, L.P.,<br><br>Defendants. | Case No.  C 06 03955 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE**<br><br>Date:         August 31, 2007<br>Time:        10:30 a.m.<br>Courtroom: 7, 19th Floor<br>Judge:       Hon. Maxine M. Chesney<br><br>[Federal Rules of Civil Procedure 26(a), (f); Civil Local Rules 7-12, 16-2(d)-(e)] |

WHEREAS, defendants the City of Oakland ("City") and DeSilva Gates Construction, L.P. ("DeSilva") were served with plaintiff's Complaint and the accompanying Summons and Order Setting Initial Case Management Conference on or about July 3 and 10, 2006, respectively;

WHEREAS, the parties have engaged in settlement discussions and an informal exchange of information prior to and following service of the Complaint, and those settlement discussions have produced an agreement on all substantive settlement terms and a draft Consent Decree documenting the proposed settlement;

WHEREAS, the parties are continuing to meet and confer concerning recordation of releases and access agreements provided by the Consent Decree, which is the one remaining issue

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC

20891\1283850.1

1  for settlement, and have requested a brief mediation by a Magistrate Judge if this issue is not
2  resolved through the parties' continuing discussions;

3      WHEREAS, in addition to the time required to resolve this remaining issue, City Council
4  review and approval will be required on behalf of the City of Oakland, and because of the number
5  of homeowners who will be signatories, final approval and execution will require an additional
6  30-60 days; therefore, the Parties expect to submit a proposed Consent Decree to the Court on or
7  before August 31, 2007;

8      WHEREAS, the parties agree that a corresponding extension of time, to and including
9  September 14, 2007, for the City and DeSilva to respond to the Complaint, will avoid potentially
10 unnecessary time and expense, promote judicial economy and serve the public interest while the
11 parties document the proposed settlement; and

12     WHEREAS, the parties further agree that a corresponding continuance of Case
13 Management dates will facilitate these settlement efforts, avoid potentially unnecessary time and
14 expense, promote judicial economy and serve the public interest.

15     THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree
16 that there is good cause for a further extension of time, to and including September 14, 2007, for
17 the City and DeSilva to respond to the Complaint, and for a corresponding continuance of Case
18 Management dates (subject to being vacated upon the lodging of the proposed Consent Decree),
19 as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | September 14, 2007 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | October 12, 2007 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | October 26, 2007 |
| Initial Case Management Conference | November 2, 2007 10:30 a.m. |

26  / / /
27  / / /
28  / / /

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 2 -

20891\1283850.1

SO STIPULATED:

DATED: June __, 2007        FARELLA BRAUN & MARTEL LLP

By: /s/
Christopher Locke

Attorneys for Defendant
DESILVA GATES CONSTRUCTION, L.P.

DATED: June __, 2007        OAKLAND CITY ATTORNEY

By: /s/
William Simmons

Attorneys for Defendant
CITY OF OAKLAND

DATED: June __, 2007        NATURAL HERITAGE INSTITUTE

By: /s/
Richard Roos-Collins

Attorneys for Plaintiff
MILLSMONT HOMEOWNERS ASSOCIATION

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the time for defendants the City of Oakland and DeSilva Gates Construction, L.P., to respond to plaintiff's Complaint is extended, and the Case Management dates are continued, subject to being vacated upon the lodging of the proposed Consent Decree, as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | September 14, 2007 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | October 12, 2007 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | October 26, 2007 |
| Initial Case Management Conference | November 2, 2007 10:30 a.m. |

DATED: June 28, 2007

_____
MAXINE M. CHESNEY
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 3 -

20891\1283850.1