# CITY OF OAKLAND



ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA  94612

Office of the City Attorney
John A. Russo
City Attorney
William E. Simmons

September 5, 2007

(510) 238-3601
FAX: (510) 238-6500
TTY/TDD: (510) 238-7367
(510) 238-6520

**VIA FACSIMILE AND E-FILING**
**(415) 522-2140**

Chief Magistrate Judge James Larson
UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Ave.
San Francisco, CA  94102

*IT IS SO ORDERED*
*/s/ James Larson*
*Judge James Larson*

    Re:    Millsmont Homeowners Association v. City of Oakland, DeSilva Gates
              Construction, L.P.
              Case No. C06-03955 MMC

Dear Chief Magistrate Judge Larson:

    This will confirm the request that the settlement conference currently set for September 7, 2007 be rescheduled to <u>September 26, 2007 at 2:00 p.m</u> and the court's granting of that request.  All parties have agreed to the above schedule change.

.

              Very truly yours,

              By:      /s/
                   William E. Simmons
                   Supervising Trial Attorney

WES

cc:    Richard Roos-Collins, Esq.
        Christopher Locke, Esq.