Christopher Locke (State Bar No. 101704)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
DESILVA GATES CONSTRUCTION, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLSMONT HOMEOWNERS ASSOCIATION,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY OF OAKLAND and DESILVA GATES CONSTRUCTION, L.P.,<br><br>           Defendants. | Case No.  C 06 03955 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE**<br><br>Date:         November 2, 2007<br>Time:         10:30 a.m.<br>Courtroom: 7, 19th Floor<br>Judge:        Hon. Maxine M. Chesney<br><br>[Federal Rules of Civil Procedure 26(a), (f); Civil Local Rules 7-12, 16-2(d)-(e)] |

WHEREAS, defendants the City of Oakland ("City") and DeSilva Gates Construction, L.P. ("DeSilva") were served with plaintiff's Complaint and the accompanying Summons and Order Setting Initial Case Management Conference on or about July 3 and 10, 2006, respectively;

WHEREAS, the parties have engaged in settlement discussions and an informal exchange of information prior to and following service of the Complaint, and those settlement discussions have produced an agreement on all substantive settlement terms and a draft Consent Decree documenting the proposed settlement;

WHEREAS, the parties are scheduled for a settlement conference with Magistrate Judge Larson on September 26, 2007, concerning recordation of releases and access agreements

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC

20891\1337055.1

1   provided by the Consent Decree, which is the one remaining issue for settlement;

2   WHEREAS, in addition to the time required to resolve this remaining issue, City Council
3   review and approval will be required on behalf of the City of Oakland, and because of the number
4   of homeowners who will be signatories, final approval and execution will require an additional
5   30-60 days; therefore, the Parties expect to submit a proposed Consent Decree to the Court on or
6   before October 31, 2007;

7   WHEREAS, the parties agree that a corresponding extension of time, to and including
8   November 16, 2007, for the City and DeSilva to respond to the Complaint, will avoid potentially
9   unnecessary time and expense, promote judicial economy and serve the public interest while the
10  parties document the proposed settlement; and

11  WHEREAS, the parties further agree that a corresponding continuance of Case
12  Management dates will facilitate these settlement efforts, avoid potentially unnecessary time and
13  expense, promote judicial economy and serve the public interest.

14  THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree
15  that there is good cause for a further extension of time, to and including November 16, 2007, for
16  the City and DeSilva to respond to the Complaint, and for a corresponding continuance of Case
17  Management dates (subject to being vacated upon the lodging of the proposed Consent Decree),
18  as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | November 16, 2007 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | December 14, 2007 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | January 11, 2008 |
| Initial Case Management Conference | January 18, 2008 10:30 a.m. |

25  / / /
26  / / /
27  / / /
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE       - 2 -
MANAGEMENT SCHEDULE No. C 06 03955 MMC

20891\1337055.1

SO STIPULATED:

DATED: September 13, 2007     FARELLA BRAUN & MARTEL LLP

By: /s/
Christopher Locke

Attorneys for Defendant
DESILVA GATES CONSTRUCTION, L.P.

DATED: September 10, 2007     OAKLAND CITY ATTORNEY

By: /s/
William Simmons

Attorneys for Defendant
CITY OF OAKLAND

DATED: September 13, 2007     NATURAL HERITAGE INSTITUTE

By: /s/
Richard Roos-Collins

Attorneys for Plaintiff
MILLSMONT HOMEOWNERS ASSOCIATION

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the time for defendants the City of Oakland and DeSilva Gates Construction, L.P., to respond to plaintiff's Complaint is extended, and the Case Management dates are continued, subject to being vacated upon the lodging of the proposed Consent Decree, as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | November 16, 2007 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | December 14, 2007 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | January 11, 2008 |
| Initial Case Management Conference | January 18, 2008 10:30 a.m. |

DATED: September 14, 2007

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC   - 3 -   20891\1337055.1