1  Christopher Locke (State Bar No. 101704)
   FARELLA BRAUN & MARTEL LLP
2  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
3  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
4

5  Attorneys for Defendant
   DESILVA GATES CONSTRUCTION, L.P.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MILLSMONT HOMEOWNERS ASSOCIATION,<br><br>12<br><br>13              Plaintiff,<br><br>14       vs.<br><br>15  CITY OF OAKLAND and DESILVA GATES CONSTRUCTION, L.P.,<br><br>16              Defendants. | Case No.  C 06 03955 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE**<br><br>Date:         January 18, 2008<br>Time:         10:30 a.m.<br>Courtroom: 7, 19th Floor<br>Judge:        Hon. Maxine M. Chesney<br><br>[Federal Rules of Civil Procedure 26(a), (f); Civil Local Rules 7-12, 16-2(d)-(e)] |

19       WHEREAS, defendants the City of Oakland ("City") and DeSilva Gates Construction,

20  L.P. ("DeSilva") were served with plaintiff's Complaint and the accompanying Summons and

21  Order Setting Initial Case Management Conference on or about July 3 and 10, 2006, respectively;

22       WHEREAS, the parties have engaged in settlement discussions and an informal exchange

23  of information prior to and following service of the Complaint, and those settlement discussions

24  produced a draft Consent Decree documenting a proposed settlement;

25       WHEREAS, with the assistance of Chief Magistrate Judge James Larson, the parties have

26  resolved all remaining settlement issues and agreed on the terms of the Consent Decree;

27       WHEREAS, because City Council approval will be required on behalf of the City of

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE
MANAGEMENT SCHEDULE No. C 06 03955 MMC

20891\1382809.1

1  Oakland, and because of the number of homeowners who will be signatories, final approval and
2  execution will require an additional 60-90 days; therefore, the Parties expect to submit a proposed
3  Consent Decree to the Court on or before January 31, 2008;
4      WHEREAS, the parties agree that a corresponding extension of time, to and including
5  February 8, 2008, for the City and DeSilva to respond to the Complaint, will avoid potentially
6  unnecessary time and expense, promote judicial economy and serve the public interest while the
7  parties document the proposed settlement; and
8      WHEREAS, the parties further agree that a corresponding continuance of Case
9  Management dates will facilitate these settlement efforts, avoid potentially unnecessary time and
10 expense, promote judicial economy and serve the public interest.
11     THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree
12 that there is good cause for a further extension of time, to and including February 8, 2008, for the
13 City and DeSilva to respond to the Complaint, and for a corresponding continuance of Case
14 Management dates (subject to being vacated upon the lodging of the proposed Consent Decree),
15 as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | February 8, 2008 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | March 7, 2008 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | March 21, 2008 |
| Initial Case Management Conference | March 28, 2008<br>10:30 a.m. |

22     SO STIPULATED:

23 DATED: November __, 2007    FARELLA BRAUN & MARTEL LLP

25     By:___/s/_____
        Christopher Locke

26     Attorneys for Defendant
    DESILVA GATES CONSTRUCTION, L.P.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE
MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 2 -

20891\1382809.1

DATED:  November __, 2007        OAKLAND CITY ATTORNEY


                                 By: ___/s/_____
                                      William Simmons

                                    Attorneys for Defendant
                                    CITY OF OAKLAND

DATED:  November __, 2007        NATURAL HERITAGE INSTITUTE


                                 By: ___/s/_____
                                      Richard Roos-Collins

                                    Attorneys for Plaintiff
                                    MILLSMONT HOMEOWNERS ASSOCIATION

   Upon stipulation of the parties and good cause appearing,

   IT IS HEREBY ORDERED that the time for defendants the City of Oakland and DeSilva Gates Construction, L.P., to respond to plaintiff's Complaint is extended, and the Case Management dates are continued, subject to being vacated upon the lodging of the proposed Consent Decree, as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | February 8, 2008 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | March 7, 2008 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | March 21, 2008 |
| Initial Case Management Conference | March 28, 2008 10:30 a.m. |

DATED:  November 16, 2007        _____
                                 MAXINE M. CHESNEY
                                 United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE
MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 3 -

20891\1382809.1