Christopher Locke (State Bar No. 101704)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
DESILVA GATES CONSTRUCTION, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLSMONT HOMEOWNERS ASSOCIATION,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND and DESILVA GATES CONSTRUCTION, L.P.,<br><br>    Defendants. | Case No. C 06 03955 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE**<br><br>Date:     June 27, 2008<br>Time:    10:30 a.m.<br>Courtroom: 7, 19th Floor<br>Judge:   Hon. Maxine M. Chesney<br><br>[Federal Rules of Civil Procedure 26(a), (f); Civil Local Rules 7-12, 16-2(d)-(e)] |

WHEREAS, defendants the City of Oakland ("City") and DeSilva Gates Construction, L.P. ("DeSilva") were served with plaintiff's Complaint and the accompanying Summons and Order Setting Initial Case Management Conference on or about July 3 and 10, 2006, respectively;

WHEREAS, the City, DeSilva and representatives of plaintiff Millsmont Homeowners Association ("MHA") engaged in extended settlement discussions and an informal exchange of information prior to and following service of the Complaint;

WHEREAS, the parties' settlement discussions produced a Consent Decree documenting a proposed settlement that provides an opportunity for restoration of Chimes Creek, an accompanying Access Agreement to facilitate performance of tasks contemplated by the Consent

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE
MANAGEMENT SCHEDULE No. C 06 03955 MMC

20891\1435772.1

Decree, and other documents included as exhibits to the Consent Decree;

WHEREAS, with the assistance of Chief Magistrate Judge James Larson at a mediation on November 20, 2007, the parties resolved all remaining settlement issues and placed on the record their agreement on the terms of the Consent Decree and accompanying exhibits, subject to approval by the Oakland City Council and individual homeowners;

WHEREAS, issues have since emerged (1) last month with one of the MHA representatives claiming damage to her property from sewer repairs by the City and its contractor, and (2) at a meeting on January 24, 2008, at which some of the homeowners questioned the scope of the Access Agreement; counsel for the parties are diligently seeking to resolve these issues.

WHEREAS, because of these developments, the parties agree that a further extension of time, to and including May 9, 2008, for the City and DeSilva to respond to the Complaint, will avoid potentially unnecessary time and expense, promote judicial economy and serve the public interest while the parties seek to conclude the proposed settlement; and

WHEREAS, the parties further agree that a corresponding continuance of Case Management dates will facilitate these settlement efforts, avoid potentially unnecessary time and expense, promote judicial economy and serve the public interest.

THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree that there is good cause for a further extension of time, to and including May 9, 2008, for the City and DeSilva to respond to the Complaint, and for a corresponding continuance of Case Management dates (subject to being vacated upon the lodging of the proposed Consent Decree), as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | May 9, 2008 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | June 6, 2008 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | June 20, 2008 |
| Initial Case Management Conference | June 27, 2008 10:30 a.m. |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 2 -

20891\1435772.1

SO STIPULATED:

DATED: January __, 2008    FARELLA BRAUN & MARTEL LLP

By: /s/ Christopher Locke
    Christopher Locke

Attorneys for Defendant
DESILVA GATES CONSTRUCTION, L.P.

DATED: January __, 2008    OAKLAND CITY ATTORNEY

By: /s/ William Simmons
    William Simmons

Attorneys for Defendant
CITY OF OAKLAND

DATED: January __, 2008    NATURAL HERITAGE INSTITUTE

By: /s/ Julie Gantenbein
    Julie Gantenbein

Attorneys for Plaintiff
MILLSMONT HOMEOWNERS ASSOCIATION

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the time for defendants the City of Oakland and DeSilva Gates Construction, L.P., to respond to plaintiff's Complaint is extended, and the Case Management dates are continued, subject to being vacated upon the lodging of the proposed Consent Decree, as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | May 9, 2008 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | June 6, 2008 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | June 20, 2008 |
| Initial Case Management Conference | June 27, 2008 10:30 a.m. |

DATED: February 1, 2008

_____
MAXINE M. CHESNEY
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE
MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 3 -

20891\1435772.1