1  Christopher Locke (State Bar No. 101704)
   FARELLA BRAUN & MARTEL LLP
2  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
3  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
4

5  Attorneys for Defendant
   DESILVA GATES CONSTRUCTION, L.P.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | MILLSMONT HOMEOWNERS        | Case No.  C 06 03955 MMC
   | ASSOCIATION,                |
12 |                            | **STIPULATION AND [PROSEDED]**
   |            Plaintiff,       | **ORDER EXTENDING TIME TO**
13 |                            | **RESPOND TO COMPLAINT AND CASE**
   |       vs.                  | **MANAGEMENT SCHEDULE**
14 |                            |
   | CITY OF OAKLAND and DESILVA | Date:      September 12, 2008
15 | GATES CONSTRUCTION, L.P.,   | Time:      10:30 a.m.
   |                            | Courtroom: 7, 19th Floor
16 |            Defendants.      | Judge:     Hon. Maxine M. Chesney
17 |                            | [Federal Rules of Civil Procedure 26(a), (f);
                                   Civil Local Rules 7-12, 16-2(d)-(e)]
18

19       WHEREAS, defendants the City of Oakland ("City") and DeSilva Gates Construction,

20 L.P. ("DeSilva") were served with plaintiff's Complaint and the accompanying Summons and

21 Order Setting Initial Case Management Conference on or about July 3 and 10, 2006, respectively;

22       WHEREAS, the City, DeSilva and representatives of plaintiff Millsmont Homeowners

23 Association ("MHA") engaged in extended settlement discussions and an informal exchange of

24 information prior to and following service of the Complaint;

25       WHEREAS, the parties' settlement discussions produced a Consent Decree documenting

26 a proposed settlement that provides an opportunity for restoration of Chimes Creek, an

27 accompanying Access Agreement to facilitate performance of tasks contemplated by the Consent

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE                                    20891\1562593.1
MANAGEMENT SCHEDULE No. C 06 03955 MMC

1   Decree, and other documents included as exhibits to the Consent Decree;

2   WHEREAS, with the assistance of Chief Magistrate Judge James Larson at a mediation

3   on November 20, 2007, the parties resolved all remaining settlement issues and placed on the

4   record their agreement on the terms of the Consent Decree and accompanying exhibits, subject to

5   approval by the Oakland City Council and individual homeowners;

6   WHEREAS, issues affecting settlement emerged thereafter whereby (1) one of the MHA

7   representatives claimed damage to her property from sewer repairs by the City and its contractor,

8   and (2) some of the homeowners questioned the scope of the Access Agreement;

9   WHEREAS, counsel for the parties diligently sought to resolve these issues, and MHA's

10   counsel has confirmed that they are resolved, leaving only the parties' and homeowners'

11   signatures to be obtained on the Consent Decree and Access Agreement, and a motion for Court

12   approval of the Consent Decree to be filed, in concluding this settlement; and

13   WHEREAS, the parties agree that a further extension of the deadline to respond to the

14   Complaint and a corresponding continuance of Case Management dates will allow counsel to

15   obtain signatures and seek Court approval of the Consent Decree, and that this will facilitate

16   conclusion of the settlement, avoid potentially unnecessary time and expense, promote judicial

17   economy and serve the public interest.

18   THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree

19   that there is good cause for a further extension of time, to and including August 8, 2008, for the

20   City and DeSilva to respond to the Complaint, and for a corresponding continuance of Case

21   Management dates (subject to being vacated upon the lodging of the proposed Consent Decree),

22   as follows:

| | |
|---|---|
| Last day for defendants to respond to Complaint | August 8, 2008 |
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | August 22, 2008 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | September 5, 2008 |
| Initial Case Management Conference | September 12, 2008 10:30 a.m. |

23
24
25
26
27
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE
MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 2 -

20891\1562593.1

1          SO STIPULATED:

2     DATED: April __, 2008              FARELLA BRAUN & MARTEL LLP

3

4                                        By: /s/ Christopher Locke
                                              Christopher Locke

5                                        Attorneys for Defendant
                                         DESILVA GATES CONSTRUCTION, L.P.
6
      DATED: April __, 2008              OAKLAND CITY ATTORNEY
7

8
                                         By: /s/ William Simmons
9                                             William Simmons

10                                       Attorneys for Defendant
                                         CITY OF OAKLAND
11    DATED: April __, 2008              NATURAL HERITAGE INSTITUTE

12

13                                       By: /s/ Richard Roos-Collins
                                              Richard Roos-Collins
14
                                         Attorneys for Plaintiff
15                                       MILLSMONT HOMEOWNERS ASSOCIATION

16          Upon stipulation of the parties and good cause appearing,

17          IT IS HEREBY ORDERED that the time for defendants the City of Oakland and DeSilva

18    Gates Construction, L.P., to respond to plaintiff's Complaint is extended, and the Case

19    Management dates are continued, subject to being vacated upon the lodging of the proposed

20    Consent Decree, as follows:

21    Last day for defendants to respond to Complaint                                          August 8, 2008

22    Last day to meet and confer re initial disclosures, early settlement, ADR                August 22, 2008
      process selection and discovery plan

23    Last day to complete initial disclosures or state objection in Rule 26(f)                September 5, 2008
      Report, file Case Management Statement, and file Rule 26(f) Report

24    Initial Case Management Conference                                                       September 12, 2008
                                                                                               10:30 a.m.
25

26

27    DATED:    April 30, 2008                    _____
                                                  MARINE M. CHESNEY
28                                                United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE               - 3 -                          20891\1562593.1
MANAGEMENT SCHEDULE No. C 06 03955 MMC