United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MILLSMONT HOMEOWNERS
ASSOCIATION,

              Plaintiff,

   v.

CITY OF OAKLAND, et al.,

              Defendants.

_____/

No. C 06-3955 MMC

**ORDER DENYING STIPULATION TO
EXTEND TIME TO RESPOND TO
COMPLAINT AND TO CONTINUE CASE
MANAGEMENT SCHEDULE**

On June 26, 2006, plaintiff filed its complaint in the above-titled action, alleging

improper "stormwater discharges" and "discharges of sewage" in violation of the Clean

Water Act and state requirements.  (See Compl. ¶ 1.)  Thereafter, at the parties' request,

the Court repeatedly extended the deadline for defendants to respond to the complaint and

continued the case management schedule, based on the parties' representations that they

were making progress towards settlement of the action.

      Now before the Court is the stipulation, filed July 30, 2008 on behalf of plaintiff and

defendants, by which the parties again request further extension of the deadline for

responding to the complaint and continuance of the case management schedule.

      The stipulated request is hereby DENIED, for the reason the parties appear to be

unable to resolve the matter without court intervention.  The parties shall appear at the

//

1  September 12, 2008 Case Management Conference as scheduled.

2      **IT IS SO ORDERED**.

3

Dated: August 1, 2008

4                                              MAXINE M. CHESNEY
                                               United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28