Christopher Locke (State Bar No. 101704)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
DESILVA GATES CONSTRUCTION, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLSMONT HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND and DESILVA GATES CONSTRUCTION, L.P.,<br><br>Defendants. | Case No. C 06 03955 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** AND CASE MANAGEMENT SCHEDULE<br><br>Date:        September 12, 2008<br>Time:       10:30 a.m.<br>Courtroom: 7, 19th Floor<br>Judge:      Hon. Maxine M. Chesney<br><br>[Federal Rules of Civil Procedure 26(a), (f); Civil Local Rules 7-12, 16-2(d)-(e)] |

WHEREAS, plaintiff Millsmont Homeowners Association ("MHA") and defendants the City of Oakland ("City") and DeSilva Gates Construction, L.P. ("DeSilva") (collectively, the "Parties") are in receipt of the Court's August 1, 2008 Order Denying Stipulation to Extend Time to Respond to Complaint and to Continue Case Management Schedule;

WHEREAS, the Parties have reached agreement on all settlement issues, as documented in the Consent Decree attached hereto as Exhibit A, and will submit the Consent Decree with a motion for approval and entry Court immediately after counsel for MHA obtains the homeowners' signatures on the Consent Decree and Access Agreement;

WHEREAS, all other actions necessary for the conclusion of this settlement have been

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CASE MANAGEMENT SCHEDULE No. C 06 03955 MMC

20891\1650877.1

1   completed by the Parties; and

2   WHEREAS, the Parties agree that the Case Management Conference should remain
3   scheduled for September 12, 2008, but request an extension of the deadline for the City and
4   DeSilva to respond to the Complaint, to and including September 26, 2008, to avoid unnecessary
5   time and expense.

6   THEREFORE, subject to the approval of the Court, the parties hereby stipulate and agree
7   that there is good cause for a further extension of time, to and including September 26, 2008, for
8   the City and DeSilva to respond to the Complaint; the Case Management Conference date will
9   remain as previously ordered by the Court:

| | |
|---|---|
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | August 22, 2008 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | September 5, 2008 |
| Initial Case Management Conference | September 12, 2008 10:30 a.m. |
| Last day for defendants to respond to Complaint | September 26, 2008 |

16   SO STIPULATED:

17   DATED: August 5, 2008        FARELLA BRAUN & MARTEL LLP

19                                By: /s/ Christopher Locke
                                     Christopher Locke
20
                                  Attorneys for Defendant
21                                DESILVA GATES CONSTRUCTION, L.P.

     DATED: August 5, 2008        OAKLAND CITY ATTORNEY
22


                                  By: /s/ William Simmons
24                                   William Simmons

                                  Attorneys for Defendant
25                                CITY OF OAKLAND

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE
MANAGEMENT SCHEDULE No. C 06 03955 MMC

- 2 -

20891\1650877.1

1  DATED: August 5, 2008              NATURAL HERITAGE INSTITUTE

2

3                                      By: /s/ Richard Roos-Collins
                                           Richard Roos-Collins
4
                                       Attorneys for Plaintiff
5                                      MILLSMONT HOMEOWNERS ASSOCIATION

6       Upon stipulation of the parties and good cause appearing,

7       IT IS HEREBY ORDERED that the time for defendants the City of Oakland and DeSilva

8  Gates Construction, L.P., to respond to plaintiff's Complaint is extended to and including

9  September 26, 2008. The Case Management Conference and related dates will remain as

10 previously scheduled by the Court:

| | |
|---|---|
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection and discovery plan | August 22, 2008 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report | September 5, 2008 |
| Initial Case Management Conference | September 12, 2008 10:30 a.m. |
| Last day for defendants to respond to Complaint | September 26, 2008 |

18 DATED: August 7, 2008              /s/ Vaughn R. Walker for
                                      MAXINE M. CHESNEY
19                                    United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT AND CASE          - 3 -                    20891\1650877.1
MANAGEMENT SCHEDULE No. C 06 03955 MMC