IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLSMOUNT HOMEOWNERS ASSOCIATION,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF OAKLAND, et al.,<br><br>        Defendants._____/ | No. C-06-3955 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AMENDED NOTICE OF MOTION; DIRECTING PLAINTIFF TO LODGE CHAMBERS COPIES** |

   Before the Court is plaintiff's Notice of Motion and Motion for Order Approving Proposed Consent Decree. By noticing its motion for Monday, December 1, 2008, however, plaintiff has failed to comply with the Court's Standing Orders. See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 3(b) (providing "Civil Law and Motion Calendar is conducted on Fridays at 9:00 a.m.").

   Plaintiff has also violated General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

   Plaintiff is hereby ordered to comply with the Court's Standing Orders by filing, no

later than November 14, 2008, an Amended Notice of Motion, scheduling the hearing on a Friday.

Plaintiff is further ordered to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced motion and all accompanying documents.

**IT IS SO ORDERED.**

Dated: November 6, 2008

MAXINE M. CHESNEY
United States District Judge