1   Richard Roos-Collins (State Bar No. 127231)
    Julie Gantenbein (State Bar No. 224475)
2   NATURAL HERITAGE INSTITUTE
    100 Pine Street, Suite 1550
3   San Francisco, CA  94111
    Telephone:  (415) 693-3000
4   Facsimile:  (888) 589-1974
    Email:  rrcollins@n-h-i.org
5
    Attorneys for Plaintiff
6   MILLSMONT HOMEOWNERS
    ASSOCIATION
7
    John A. Russo (State Bar No. 129729)          Christopher Locke (State Bar No. 101704)
8   City Attorney                                 FARELLA BRAUN & MARTEL LLP
    William E. Simmons (State Bar No. 121266)     235 Montgomery Street, 17th Floor
9   Deputy City Attorney                          San Francisco, CA  94104
    OAKLAND CITY ATTORNEY                         Telephone:  (415) 954-4400
10  1 Frank H. Ogawa Plaza, 6th Floor             Facsimile:  (415) 954-4480
    Oakland, CA  94612                            Email:  clocke@fbm.com
11  Telephone:  (510) 238-3601
    Facsimile:  (510) 238-6500                    Attorneys for Defendant
12  Email:  wesimmons@oaklandcityattorney.org       DESILVA GATES CONSTRUCTION, L.P.
13  Attorneys for Defendant
    CITY OF OAKLAND
14

15                        UNITED STATES DISTRICT COURT

16                       NORTHERN DISTRICT OF CALIFORNIA

17

18  MILLSMONT HOMEOWNERS                   Case No.  C 06 03955 MMC
    ASSOCIATION,
19                                         **STIPULATION REGARDING
                                           EXECUTION OF CONSENT DECREE;
20              Plaintiff,                 ORDER THEREON**
                                           Courtroom:  7, 19th Floor
21        vs.                              Judge:        Hon. Maxine M. Chesney

22  CITY OF OAKLAND and DESILVA
    GATES CONSTRUCTION, L.P.,

23              Defendants.

24

25        WHEREAS, on December 5, 2008, the Court, the Honorable Maxine M. Chesney

26  presiding, granted plaintiff Millsmont Homeowners Association's ("MHA's") Motion for Order

27  Approving Proposed Consent Decree, and entered judgment on the Consent Decree;

28        WHEREAS, the signatures on behalf of defendants the City of Oakland ("City") and

1   DeSilva Gates Construction, L.P. ("DeSilva") were not dated on the Consent Decree filed with

2   the Court; and

3          WHEREAS, the Court's entry of the Consent Decree was subject to counsel for the parties

4   filing a stipulation on or before December 12, 2008, confirming the dates on which the Consent

5   Decree was executed on behalf of the City and DeSilva.

6          NOW, THEREFORE, by and through their undersigned counsel, MHA, the City and

7   DeSilva hereby stipulate and agree as follows:

8          1.     Counsel for the City has confirmed that the Consent Decree was executed on

9   behalf of the City by Dan Lindheim, Interim City Administrator, on or before September 2, 2008;

10         2.     Counsel for DeSilva has confirmed that the Consent Decree was executed on

11  behalf of DeSilva by Ernest O. Lampkin, Vice President and CFO, on August 21, 2008; and

12         3.     The Consent Decree shall be deemed executed on behalf of the City and DeSilva,

13  respectively, on the dates referenced in paragraphs 1 and 2 above.

14         SO STIPULATED:

15  DATED:  December 10, 2008          NATURAL HERITAGE INSTITUTE

16

17                                     By: /s/ Richard Roos Collins
                                           Richard Roos-Collins

18                                     Attorneys for Plaintiff
                                       MILLSMONT HOMEOWNERS ASSOCIATION
19
    DATED:  December 10, 2008          OAKLAND CITY ATTORNEY
20

21                                     By: /s/ William Simmons
                                           William Simmons
22
                                       Attorneys for Defendant
23                                     CITY OF OAKLAND

24  DATED:  December 10, 2008          FARELLA BRAUN & MARTEL LLP

25

26                                     By: /s/ Christopher Locke
                                           Christopher Locke
27                                     Attorneys for Defendant
                                       DESILVA GATES CONSTRUCTION, L.P.
28

1   DeSilva Gates Construction, L.P. ("DeSilva") were not dated on the Consent Decree filed with

2   the Court; and

3        WHEREAS, the Court's entry of the Consent Decree was subject to counsel for the parties

4   filing a stipulation on or before December 12, 2008, confirming the dates on which the Consent

5   Decree was executed on behalf of the City and DeSilva.

6        NOW, THEREFORE, by and through their undersigned counsel, MHA, the City and

7   DeSilva hereby stipulate and agree as follows:

8        1.      Counsel for the City has confirmed that the Consent Decree was executed on

9   behalf of the City by Dan Lindheim, Interim City Administrator, on or before September 2, 2008;

10       2.      Counsel for DeSilva has confirmed that the Consent Decree was executed on

11  behalf of DeSilva by Ernest O. Lampkin, Vice President and CFO, on August 21, 2008; and

12       3.      The Consent Decree shall be deemed executed on behalf of the City and DeSilva,

13  respectively, on the dates referenced in paragraphs 1 and 2 above.

14       SO STIPULATED:

15  DATED:  December 10, 2008              NATURAL HERITAGE INSTITUTE

16

17                                        By: _____
                                              Richard Roos-Collins
18
                                              Attorneys for Plaintiff
                                              MILLSMONT HOMEOWNERS ASSOCIATION
19
    DATED:  December 10, 2008              OAKLAND CITY ATTORNEY
20

21                                        By:_____
                                              William Simmons
22
                                              Attorneys for Defendant
23                                            CITY OF OAKLAND

24  DATED:  December 10, 2008              FARELLA BRAUN & MARTEL LLP

25

26                                        By:_____
                                              Christopher Locke
27                                            Attorneys for Defendant
                                              DESILVA GATES CONSTRUCTION, L.P.
28

1   DeSilva Gates Construction, L.P. ("DeSilva") were not dated on the Consent Decree filed with

2   the Court; and

3          WHEREAS, the Court's entry of the Consent Decree was subject to counsel for the parties

4   filing a stipulation on or before December 12, 2008, confirming the dates on which the Consent

5   Decree was executed on behalf of the City and DeSilva.

6          NOW, THEREFORE, by and through their undersigned counsel, MIIA, the City and

7   DeSilva hereby stipulate and agree as follows:

8          1.      Counsel for the City has confirmed that the Consent Decree was executed on

9   behalf of the City by Dan Lindheim, Interim City Administrator, on or before September 2, 2008;

10         2.      Counsel for DeSilva has confirmed that the Consent Decree was executed on

11  behalf of DeSilva by Ernest O. Lampkin, Vice President and CFO, on August 21, 2008; and

12         3.      The Consent Decree shall be deemed executed on behalf of the City and DeSilva,

13  respectively, on the dates referenced in paragraphs 1 and 2 above.

14         SO STIPULATED:

15  DATED: December 10, 2008          NATURAL HERITAGE INSTITUTE

16

17                                    By: _____
                                          Richard Roos-Collins

18                                    Attorneys for Plaintiff
                                      MILLSMONT HOMEOWNERS ASSOCIATION

19
    DATED: December 10, 2008          OAKLAND CITY ATTORNEY

20

21                                    By:_____
                                         William Simmons

22                                    Attorneys for Defendant
                                      CITY OF OAKLAND

23

24  DATED: December 10, 2008          FARELLA BRAUN & MARTEL LLP

25

26                                    By: _____
                                          Christopher Locke

27                                    Attorneys for Defendant
                                      DESILVA GATES CONSTRUCTION, L.P.

28

STIPULATION REGARDING EXECUTION OF             - 2 -                    20891\1784686.1
CONSENT DECREE, No. C 06 03955 MMC

1   DeSilva Gates Construction, L.P. ("DeSilva") were not dated on the Consent Decree filed with

2   the Court; and

3          WHEREAS, the Court's entry of the Consent Decree was subject to counsel for the parties

4   filing a stipulation on or before December 12, 2008, confirming the dates on which the Consent

5   Decree was executed on behalf of the City and DeSilva.

6          NOW, THEREFORE, by and through their undersigned counsel, MHA, the City and

7   DeSilva hereby stipulate and agree as follows:

8          1.      Counsel for the City has confirmed that the Consent Decree was executed on

9   behalf of the City by Dan Lindheim, Interim City Administrator, on or before September 2, 2008;

10         2.      Counsel for DeSilva has confirmed that the Consent Decree was executed on

11  behalf of DeSilva by Ernest O. Lampkin, Vice President and CFO, on August 21, 2008; and

12         3.      The Consent Decree shall be deemed executed on behalf of the City and DeSilva,

13  respectively, on the dates referenced in paragraphs 1 and 2 above.

14         SO STIPULATED:

15  DATED:  December 10, 2008          NATURAL HERITAGE INSTITUTE

16

17                                     By:_____
                                           Richard Roos-Collins
18
                                       Attorneys for Plaintiff
                                       MILLSMONT HOMEOWNERS ASSOCIATION
19
    DATED:  December 10, 2008          OAKLAND CITY ATTORNEY
20

21                                     By:_____
                                           William Simmons
22
                                       Attorneys for Defendant
23                                     CITY OF OAKLAND

24  DATED:  December 10, 2008          FARELLA BRAUN & MARTEL LLP

25

26                                     By:_____
                                           Christopher Locke
27
                                       Attorneys for Defendant
                                       DESILVA GATES CONSTRUCTION, L.P.
28
                                       Dated: December 12, 2008

IT IS SO ORDERED
Judge Maxine M. Chesney

STIPULATION REGARDING EXECUTION OF          - 2 -                      20891\1784686.1
CONSENT DECREE, No. C 06 03955 MMC